COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## NOTICE OF INTENT TO DISMISS FOR WANT OF JURISDICTION

Appellate case name:     Thomas Dale Arbogast v. Rainbow of Love Adoption Agency, Inc.

Appellate case number:   01-15-00942-CV

Trial court case number:  15-DCV-221171

Trial court:             328th District Court of Fort Bend County

The Court's records indicate that your notice of appeal on the merits of the underlying case may not have been timely filed.  *See* TEX. R. APP. P. 26.1 (requiring notice of appeal to be filed within thirty days after the judgment is signed).  Accordingly, the Court has directed me to notify you that the Court may dismiss this appeal for want of jurisdiction unless you file a written response to this notice, providing a detailed explanation, citing relevant portions of the record, statutes, rules, and case law to show that this Court has jurisdiction over the appeal.  *See* TEX. R. APP. P. 42.3(a).

The final deadline to file your response is **5:00 p.m., January 28, 2016**.  You must respond in writing even if you have previously claimed your notice of appeal was timely filed.

If a meritorious response is not received in the form described above by the deadline, the Court may dismiss the appeal for want of jurisdiction without further notice.

It is so ORDERED.

Judge's signature: /s/ Harvey Brown
                      ☑ Acting individually     ☐ Acting for the Court

Date: January 14, 2016